FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT -2 PM 2:05

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRAXIS ENERGY AGENTS PTE LTD | * CIVIL ACTION | **09-6650** |
| VERSUS | * NO. | |
| M/V EMPIRE MATARAM, her engines, tackle and appurtenances, etc., *in rem* | * SECTION "" | **SECT. N MAG. 3** |
| | * MAGISTRATE ( ) | |

### VERIFIED COMPLAINT

Plaintiff, PRAXIS ENERGY AGENTS PTE LTD, (hereinafter "Plaintiff" or "Praxis"), through undersigned counsel and for its Verified Complaint against the Defendant, M/V EMPIRE MATARAM (hereinafter "EMPIRE MATARAM" or the "Vessel"), *in rem*, alleges, upon information and belief, as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, 28 United States Code § 1333 and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

___ Fee $600
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1372345-1

7.

Pursuant to the terms of the Bunker Nomination, Praxis was to provide approximately 500 metric tons of bunkers to the M/V EMPIRE MATARAM on or about August 10, 2009, and was to be paid a unit price of $503.00 USD per ton, plus certain additional charges specified in the Bunker Nomination. Further, Praxis was to receive full payment for the bunkers within thirty (30) days of delivery.

8.

On August 11, 2009, in accordance with the instructions of her owner and/or charterr, Praxis supplied the M/V EMPIRE MATARAM with 499.996 metric tons of marine bunkers. *See* Bunker Delivery Note, attached hereto as Exhibit B.

9.

Also on August 11, 2009, Praxis sent an invoice for the total cost of TWO HUNDRED FIFTY-ONE THOUSAND FIVE HUNDRED FORTY-ONE DOLLARS AND SIXTY-NINE CENTS ($251,541.69) to the M/T EMPIRE MATARAM, her master, owners, managers, operators, and/or charterers. *See* Exhibit C. The invoice called for payment of the full amount owed to Praxis, and specified that interest would accrue at a rate of 2.00% pro rata per month if payment were not received within thirty (30) days as required.

10.

Despite the passage of more than thirty (30) days since Praxis' full performance of its obligation to provide bunkers to the Vessel, and despite due demand, Praxis has not received payment for the bunkers it provided.

11.

As a supplier of necessaries to the M/V EMPIRE MATARAM on the order of her charterer and/or owner *pro hac vice*, Praxis is the holder of a maritime lien against the M/V EMPIRE MATARAM for all amounts owed to it under the agreement, including interest, costs and attorney's fees.

12.

Praxis seeks an order from this court directing the Clerk of Court to issue a Warrant of Arrest for the M/V EMPIRE MATARAM commanding the United States Marshal for the Eastern District of Louisiana to seize the M/V EMPIRE MATARAM, and further seeks that the Vessel thereafter be sold at judicial sale, the proceeds thereof to be deposited into the registry of the Court and, after due proceedings are had, to be disbursed to Praxis in satisfaction of the debt owed to it.

**WHEREFORE**, Plaintiff Praxis Energy Agents Pte. Ltd. prays that:

A. This Verified Complaint be deemed good and sufficient;

B. Process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint, failing which default judgment be entered against it in the sum of TWO HUNDRED FIFTY-ONE THOUSAND FIVE HUNDRED FORTY-ONE DOLLARS AND SIXTY-NINE CENTS (**$251,541.69**), exclusive of interest, costs and attorney's fees.

B. Process according to the rules and practices of this Court in causes of admiralty and maritime jurisdiction, particularly Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure, may issue against the M/V EMPIRE MATARAM, her engines, tackle and appurtenances, etc., *in rem*;

1372345-1

4

D.  After due proceedings are had, there be judgment in favor of Praxis Energy Agents Pte. Ltd. and against the M/V EMPIRE MATARAM, *in rem*, and that said vessel be condemned and sold to satisfy the judgment to be entered in favor of Praxis Energy Agents Pte. Ltd., in the full amount of its claim, together with interest, costs and attorney's fees, as set forth above;

E.  Praxis Energy Agents Pte. Ltd. be granted all further relief as justice and equity may demand.

Respectfully submitted,

_____
Daniel A. Tadros, T.A. #21906
Alan R. Davis, #31694
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Praxis Energy Agents Pte. Ltd.**

**PLEASE SERVE:**
**M/V EMPIRE MATARAM**
**Located at Mile _____, Mississippi River**
**New Orleans, Louisiana**

1372345-1